RECEIVED
IN LAKE CHARLES, LA.

NOV 15 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MALIK MUHAMMAD ALI<br>A/K/A CEDRIC/CEDRICK L. FULLER<br>#540519 | CIVIL ACTION NO. 10-1636-LC |
| VS. | SECTION P |
| LOUISIANA DEPARTMENT OF<br>CORRECTIONS, ET AL | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** as moot.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 15 day of November, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE